IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FRANKLIN DAVID ROOF, | CV. 04-1185-MO |
| Petitioner, | ORDER |
| v. | |
| SHARON BLACKETTER, | |
| Respondent. | |

MOSMAN, District Judge.

Petitioner's Motion to Voluntarily Dismiss Habeas Corpus Petition Without Prejudice (#35) is GRANTED. This case is DISMISSED, without prejudice.

IT IS SO ORDERED.

DATED this __10th__ day of January, 2006.

                                          /s/Michael W. Mosman
                                            Michael W. Mosman
                                            United States District Judge